1  THOMAS E. LOESER, Cal Bar No. 202724
   tloeser@cpmlegal.com
2  **COTCHETT, PITRE & MCCARTHY, LLP**
3  840 Malcolm Road
   Burlingame, CA 94010
4
   and
5
6  THOMAS E. LOESER, Cal Bar No. 202724
   tloeser@cpmlegal.com
7  KARIN B. SWOPE (*pro hac vice* to be filed)
   kswope@cpmlegal.com
8  JACOB M. ALHADEFF (*pro hac vice* to be filed)
   jalhadeff@cpmlegal.com
9  1809 7th Avenue, Suite 1610
   Seattle, WA 98101
10 Telephone:   (206) 802-1272
   Facsimile:   (206)-299-4184
11
12 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| GAMERSNEXUS LLC, | CASE NO: |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendants. | |

Notice of Related Cases

Pursuant to Local Rule 3-12 of the Rules of Procedure for the United States District Court, Northern District of California, Plaintiffs hereby notify the Clerk of the following related actions in the Central District of California:

1. *Eli Silva, et al. v. PayPal Holdings, Inc., et al.*, Case No. 3:24-cv-09510; and

2. *Wendover Productions, LLC, et al. v. PayPal, Inc.*, Case No. 5:24-cv-09470-SVK;

DATED: January 3, 2025         Respectfully submitted,

**COTCHETT, PITRE & MCCARTHY, LLP**

By: /s/ *Thomas E. Loeser*
    Thomas E. Loeser, Cal Bar No. 202724
    840 Malcolm Road
    Burlingame, CA 94010

    and

    Thomas E. Loeser, Cal Bar No. 202724
    Karin B. Swope (*pro hac vice* to be filed)
    Jacob M. Alhadeff (*pro hac vice* to be filed)
    1809 7th Avenue, Suite 1610
    Seattle, WA 98101
    Telephone: (206)-802-1272
    Facsimile: (206)-299-4184

    tloeser@cpmlegal.com
    kswope@cpmlegal.com
    jalhadeff@cpmlegal.com

    *Attorneys for Plaintiffs*