UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al.,<br>    Plaintiffs,<br>v.<br>PAYPAL INC.,<br>    Defendant. | Case No. 24-cv-09470-BLF |
| ELI SILVA, et al.,<br>    Plaintiffs,<br>v.<br>PAYPAL INC., et al.,<br>    Defendants. | Case No. 24-cv-09510-SVK |
| GAMERSNEXUS, LLC,<br>    Plaintiff,<br>v.<br>PAYPAL INC., et al.,<br>    Defendants. | Case No. 25-cv-00114-BLF |
| CLAUDIA JAYNE YOUNG,<br>    Plaintiff,<br>v.<br>PAYPAL INC., et al.,<br>    Defendants. | Case No. 25-cv-00124-EKL<br><br>**ORDER DEFERRING RULING ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PENDING ALL PARTIES' COMPLIANCE WITH REQUIREMENT TO FILE CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

The plaintiffs in the above-captioned cases have filed an administrative motion to consider whether the cases should be related. In reviewing the cases to determine whether it is appropriate to relate them and order that they all proceed before this Court, the Court noticed that some parties have not yet filed the Certification of Conflicts and Interested Entities or Persons required by Civil Local Rule 3-15. Until those certifications are filed, this Court cannot determine whether any conflicts exist that would preclude this Court from granting the plaintiffs' administrative motion. Accordingly, the Court will DEFER ruling on the administrative motion pending the filing of the required certifications by all parties.

**IT IS SO ORDERED.**

Dated: January 8, 2025

_____
BETH LABSON FREEMAN
United States District Judge