THOMAS E. LOESER, Cal Bar No. 202724
tloeser@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010

and

THOMAS E. LOESER, Cal Bar No. 202724
tloeser@cpmlegal.com
KARIN B. SWOPE (*pro hac vice* to be filed)
kswope@cpmlegal.com
JACOB M. ALHADEFF (*pro hac vice* to be filed)
jalhadeff@cpmlegal.com
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone:   (206) 802-1272
Facsimile:    (206)-299-4184

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| GAMERSNEXUS LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>　　　　　　Defendants. | CASE NO: 5:25-cv-00114-BLF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**Certificate of Interested Parties**
**[5:25-cv-00114-BLF]**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interested in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Stephen Burke, sole member of GamersNexus, LLC.

DATED: January 9, 2025

Respectfully submitted,

**COTCHETT, PITRE & MCCARTHY, LLP**

By:  /s/ *Thomas E. Loeser*
      Thomas E. Loeser, Cal Bar No. 202724
      840 Malcolm Road
      Burlingame, CA 94010

      and

      Thomas E. Loeser, Cal Bar No. 202724
      Karin B. Swope (*pro hac vice* to be filed)
      Jacob M. Alhadeff (*pro hac vice* to be filed)
      1809 7th Avenue, Suite 1610
      Seattle, WA 98101
      Telephone: (206)-802-1272
      Facsimile: (206)-299-4184

      tloeser@cpmlegal.com
      kswope@cpmlegal.com
      jalhadeff@cpmlegal.com

      *Attorneys for Plaintiff*

**Certificate of Interested Parties**
**[5:25-cv-00114-BLF]**

1